## Wenger *v.* Ziegler, Appellant.

Argued March 24, 1966. *Richard W. Davis,* with him *Davis & Katz,* for appellant; *L. Ehrman Meyer,* with him *Meyer, Brubaker & Whitman,* for appellee.

Order affirmed.